UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAURINCE O'SHEIGH SIMPSON, ) | |
| ) | |
| Petitioner, ) | No. SACV 10-233-PA(AJW) |
| ) | |
| vs. ) | |
| ) | |
| STATE OF CALIFORNIA, et al., ) | JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: April 27, 2010

_____
Percy Anderson
United States District Judge